JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -

JACKIE RAY WALKER,
  a/k/a "Jay LNU,"

           Defendant.

- - - - - - - - - - - - - - - - - x

**INDICTMENT**

07 Cr.

07 CRIM 1091

## COUNT ONE

The Grand Jury charges:

1. From in or about April 2007, until up to and including in or about August 2007, in the Southern District of New York and elsewhere, JACKIE RAY WALKER, a/k/a "Jay LNU," the defendant, not being a licensed importer, licensed manufacturer, or licensed dealer, unlawfully, willfully, and knowingly did engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate commerce, to wit, WALKER sold the following six firearms which previously had been shipped and transported in interstate commerce to an undercover officer in the Bronx, New York: a .45 caliber Kimber semi-automatic pistol, a .38 Special Forjas Taurus revolver, a .40 caliber Beretta pistol, a Norinco SKS Combat Exchange rifle, and two 9mm Beemiller rifles.

(Title 18, United States Code, Section 922(a)(1)(A).)

COUNT TWO

The Grand Jury further charges:

2. From in or about April 2007, until up to and including in or about August 2007, in the Southern District of New York and elsewhere, JACKIE RAY WALKER, a/k/a "Jay LNU," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about October 27, 2000, in the Superior Court of Richmond County, Georgia, for possession of cocaine with intent to distribute, in violation of the Code of Georgia Annotated § 16-13-30, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm and ammunition, to wit, a .45 caliber Kimber semi-automatic pistol, a .38 Special Forjas Taurus revolver, a .40 caliber Beretta pistol, a Norinco SKS Combat Exchange rifle, two 9mm Beemiller rifles, and ammunition, all of which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

JACKIE RAY WALKER,
a/k/a "Jay LNU,"

Defendant.

---

INDICTMENT

07 Cr.

(18 U.S.C. §§ 922(a)(1)(A), (g)(1).)

---

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL,

_____
Foreperson.

*[handwritten notes:]*
Post 11/07

PC
12/4/07

Indictment filed; case assigned to Judge Patterson.

F. Maas, USMJ