```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

          -v.-                        :

JACKIE RAY WALKER,                    :    07 Cr. 1091 (RPP)
     a/k/a "Jay LNU,"
                                      :
          Defendant.
                                      :
- - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss:
```

ADAM S. HICKEY, being duly sworn, deposes and says that he is an Assistant United States Attorney in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York; that he is in charge of the above-entitled matter; that one JACKIE RAY WALKER, a/k/a "Jay LNU," (GDC ID# 0000841214), now detained at the Greene County Jail, Greensboro, Georgia, has been charged with firearms trafficking and the unlawful possession of a firearm and ammunition.

By this application, the Government seeks a writ of <u>habeas corpus ad prosequendum</u>, so that JACKIE RAY WALKER, the defendant, can be brought before this Court to be available for prosecution in the matter captioned <u>United States v. Jackie Ray Walker</u>, 07 Cr. 1091 (RPP). No previous application for similar relief has been made.

WHEREFORE, your deponent respectfully requests that a writ of <u>habeas corpus ad prosequendum</u> issue, directing the Warden of the Greene County Jail, Greensboro, Georgia, the United States

Marshal for the Southern District of New York, or any other authorized law enforcement officers, to produce the above-named defendant to the custody of the Warden of the Metropolitan Correctional Center or the person in charge there, to be available for prosecution, as soon as the defendant is available, and to appear as necessary thereafter in that case until JACKIE RAY WALKER, the defendant, shall have been discharged or convicted and sentenced.

       I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1746.

                                       _____/s/_____
                                       ADAM S. HICKEY
                                       Assistant United States Attorney
                                       Tel.: (212) 637-1039

Dated:    December 10, 2007
             New York, New York

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**JACKIE RAY WALKER,
a/k/a "Jay LNU,"**

**Defendant.**

**AFFIRMATION**

07 Cr. 1091 (RPP)

(Title 18, United States Code,
Section 922(a)(1)(A), (g)(1).)

Michael J. Garcia
United States Attorney.