UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

           -v.-                     :

JACKIE RAY WALKER,                  :    07 Cr. 1091 (RPP)
     a/k/a "Jay LNU,"
                                    :
           Defendant.
                                    :
- - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss:

        ADAM S. HICKEY, being duly sworn, deposes and says that

he is an Assistant United States Attorney in the Office of

Michael J. Garcia, United States Attorney for the Southern

District of New York; that he is in charge of the above-entitled

matter; that one JACKIE RAY WALKER, a/k/a "Jay LNU," (GDC ID#

0000841214), now detained at the Baldwin State Prison, Hardwick,

Georgia, has been charged with firearms trafficking and the

unlawful possession of a firearm and ammunition.

        By this application, the Government seeks a writ of

habeas corpus ad prosequendum, so that JACKIE RAY WALKER, the

defendant, can be brought before this Court to be available for

prosecution in the matter captioned United States v. Jackie Ray

Walker, 07 Cr. 1091 (RPP).

        On or about December 10, 2007, the Government sought a

writ of habeas corpus ad prosequendum to the Warden of the Greene

County Jail, Greensboro, Georgia, which writ the Court issued on

or about December 11, 2007.  The Government understands, based on

records of the Georgia Department of Corrections and conversations with the United States Marshals Service, that JACKIE RAY WALKER has since been moved to the Baldwin State Prison.

WHEREFORE, your deponent respectfully requests that a writ of <u>habeas corpus ad prosequendum</u> issue, directing the Warden of the Baldwin State Prison, Hardwick, Georgia, the United States Marshal for the Southern District of New York, or any other authorized law enforcement officers, to produce the above-named defendant to the custody of the Warden of the Metropolitan Correctional Center or the person in charge there, to be available for prosecution, as soon as the defendant is available, and to appear as necessary thereafter in that case until JACKIE RAY WALKER, the defendant, shall have been discharged or convicted and sentenced.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1746.

_____/s/_____
ADAM S. HICKEY
Assistant United States Attorney
Tel.: (212) 637-1039


Dated:     December 27, 2007
           New York, New York

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**- v. -**

**JACKIE RAY WALKER,**
**a/k/a "Jay LNU,"**

**Defendant.**

---

**AFFIRMATION**

07 Cr. 1091 (RPP)

(Title 18, United States Code,
Section 922(a)(1)(A), (g)(1).)

---

Michael J. Garcia
United States Attorney.

---