UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                            07 Cr. 1091 (RPP)

- against -                                   **ORDER TO RETAIN**
                                             **MITIGATION EXPERT**

JACKIE RAY WALKER,

                              Defendants.

------------------------------------------------------------X

       Upon the application of Dawn M. Cardi, counsel for Mr. Jackie Ray Walker, and upon all the proceedings previously herein, it is apparent that the defendant Jackie Ray Walker is financially unable to pay the expenses of retaining the services of a Mitigation Specialist who is a C.S.W. and specializing in that field and that said services are necessary to the adequate defense of the defendant in the sentencing proceeding. Accordingly, it is hereby

       ORDERED, pursuant to 18 U.S.C. § 3006(A), that Carmeta V. Albarus-Lindo of C.V.A. Consulting Services, 144 West 127th Street, New York, NY 10027, be appointed in the above action to provide professional expert services on behalf of defendant Jackie Ray Walker and as such will be compensated in accordance with the Criminal Justice Act at the rate of $85.00 per hour for a total of hours not to exceed 75, plus expenses reasonably incurred.

Dated: New York, New York
          May 2, 2008

                                                    HONORABLE ROBERT P. PATTERSON
                                                  UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08