

### *Dawn M. Cardi & Associates*

*Attorneys At Law*
*Two Park Avenue, 19ᵗʰ Floor*
*New York, NY 10016*
*212/481-7770-phone*
*212/684-3008-fax*
*917/543-9993-cell*
cardiesq@aol.com

Associate
Chad L. Edgar

Of Counsel
Jill M. Zuccardy

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/10/08

July 10, 2008

### BY FAX (212.805.7917)

The Honorable Robert P. Patterson, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

**MEMO ENDORSED**

Re:   Under States v. Jackie Ray Walker, 07 Cr. 1091 (RPP)

Dear Judge Patterson:

We represent defendant Jackie Ray Walker in the above-captioned proceeding. We write in order to request an adjournment of Mr. Walker's sentencing, which is currently scheduled for July 29, 2008 at 4:00 p.m.

As the Court may remember, we retained a mitigation expert on behalf of Mr. Walker in order to be able more fully to elucidate our client's history and characteristics, important factors in the new sentencing regime after Booker. While the mitigation expert has nearly completed her report, she still seeks to interview additional family members of Mr. Walker. In order to provide the mitigation expert with time to interview these family members and to give the government adequate time to respond to our submission, we request at least a three-week adjournment of Mr. Walker's sentencing. For planning purposes, I note that I will be out of town from August 22, 2008 until September 2, 2008. This is our first request for an adjournment of Mr. Walker's sentencing. The government has consented to our request.

*Application granted.*
*Sentencing adjourned to 9/4/08*
*at 4 PM.*
*So ordered.*
*Robert P. Patterson USDJ*
*7/10/08*

The Honorable Robert P. Patterson, Jr.
United States District Judge
July 10, 2008
p. 2

We thank the Court for its consideration of this matter.

Respectfully submitted,

Dawn M. Cardi

cc:    Adam S. Hickey (by fax)
       Assistant United States Attorney

       Jackie Ray Walker (by mail)

       Carmeta V. Albarus-Lindo (by email)